**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **In Re: 18-12466-FJB** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **Frances F. Skinner** | ) | |
| **Debtor** | ) | |
| | ) | |
| **PennyMac Loan Services, LLC** | ) | |
| **Creditor** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **July 23, 2018** |

**STIPULATION BY AND BETWEEN PENNYMAC LOAN SERVICES, LLC AND THE DEBTOR, FRANCES F. SKINNER, IN CONNECTION WITH THE DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY (D.E.#20) AND PENNYMAC'S OBJECTION THERETO (D.E.#31)**

Frances F. Skinner (hereafter "Debtor") and PennyMac Loan Services, LLC (hereafter "Creditor") hereby agree and stipulate as follows regarding the above-referenced matter:

1. As a resolution to the Debtor's Motion to Extend Automatic Stay (Doc. #20) and the Creditor's Objection thereto (Doc. #31), the parties have agreed to enter into this stipulation.

2. Debtor has made a payment to Creditor sufficient to provide for the regularly scheduled mortgage payment that came due for July 2018.

3. Debtor will make regularly scheduled monthly mortgage payments of $1,694.34

(which amount is subject to periodic change) directly to PennyMac Loan Services, LLC, P.O. Box 660929, Dallas, TX 72566-0929 in accordance with the terms of the original note and mortgage beginning with the August 1, 2018 payment, for the duration of this bankruptcy case.

4. The Debtor shall, within 120 days of the filing of the Chapter 11 petition, file a proposed plan of reorganization with this Court that, among other things, seeks to cure the pre-petition arrearage due on the mortgage and maintain the monthly post-petition mortgage payments due to the Creditor.

5. **IF THE DEBTOR FAILS TO MAKE ANY OF SAID PAYMENTS SET FORTH IN PARAGRAPH 3 OR TO OTHERWISE COMPLY WITH ANY OF THE PROVISIONS SET FORTH IN PARAGRAPHS 3 OR 4, THE CREDITOR SHALL BE ENTITLED TO HAVE RELIEF FROM THE AUTOMATIC STAY GRANTED BY THE COURT REGARDING THE ABOVE-REFERENCED MATTER ON THE FOLLOWING TERMS AND CONDITIONS:** The Creditor shall file with the Court an affidavit asserting non-compliance with the terms of the Stipulation and a Proposed Order Granting Relief From the Automatic Stay. Said affidavit and order shall simultaneously be faxed and/or sent via first-class mail to the Debtor's attorney and sent via first-class mail to the Debtor. In the event the Debtor does not object to said affidavit by filing a counter-affidavit with the Court within five (5) business days of mailing and/or

faxing or emailing the counter-affidavit to the Creditor's counsel, the Court shall enter the Creditor's Order Granting Relief From the Automatic Stay regarding the above-referenced proceedings without the necessity of a hearing.

6. Only if a counter-affidavit is filed on behalf of the Debtor asserting factual disputes with regard to the Creditor's affidavit which, if resolved in the Debtor's favor, would establish that the Debtor is not in default regarding the terms of the stipulation, shall the matter be set for a hearing, unless the Court determines of its own accord that a hearing should be scheduled.

7. This Stipulation pertains to the real estate known and numbered as 199 Brunswick Street, Boston, MA 02121 ("the Property").

8. Upon the Court's entry of an order approving this Stipulation, the automatic stay shall be deemed extended pursuant to 11 U.S.C. §362(c)(3) and shall remain in place as to the Debtor and the Property until Debtor is discharged and this case is closed absent non-compliance with the terms of this Stipulation by the Debtor.

| Creditor, | Debtor, |
|---|---|
| By */s/ Derek A. Castello* | By */s/ David C. Crossley* |
| Derek A. Castello, Esq. | David C. Crossley, Esq. |
| BBO# 690007 | BBO# 648197 |
| Creditor's Attorney | Debtor's Attorney |
| Bendett & McHugh, P.C. | Crossley Law Offices, LLC |
| 60 Man-Mar Drive, Suite 7 | 448 Concord Street |
| Plainville, MA 02762 | Framingham, MA 01702 |

Phone: (860) 677-2868  Phone: (508) 655-6085
Fax: (860) 409-0626  Fax: (508) 310-9022
Email: BKECF@bmpc-law.com  Email: dcrossley@crossley-law.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **In Re: 18-12466-FJB** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **Frances F. Skinner** | ) | |
| Debtor | ) | |
| | ) | |
| **PennyMac Loan Services, LLC** | ) | |
| Creditor | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **July 23, 2018** |

**<u>CERTIFICATION OF SERVICE</u>**

The undersigned (the "Movant") hereby certifies that, on or before the 23rd day of July, 2018, a copy of the Stipulation in Connection With Debtor's Motion to Extend the Automatic Stay was served to the following:

Frances F. Skinner
Debtor
199 Brunswick Street
Dorchester, MA 02121
*Via First Class Mail*

John Fitzgerald
U.S. Trustee
*Via Electronic Notice of Filing*

David C. Crossley
Debtor's Attorney
*Via Electronic Notice of Filing*

Tax Collector
1 City Hall Square
Window M-30
Boston, MA 02201-2004
*Via First-Class Mail*

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
*Via First-Class Mail*

By */s/ Derek A. Castello*
    Derek A. Castello
    BBO# 690007
    Creditor's Attorney
    Bendett & McHugh, PC
    60 Man-Mar Drive, Suite 7
    Plainville, MA 02762
    Phone: (860) 677-2868
    Fax: (860) 409-0626
    Email: BKECF@bmpc-law.com